UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DMITRY SHARIN, ET AL.,

                    Plaintiffs,                          26-cv-1706 (JGK)

          - against -                                    Order

QFS CAPITAL,

                    Defendant.

---

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the defendant may respond to the plaintiffs' motion for a preliminary injunction by **June 15, 2026**. The plaintiffs may reply by **June 26, 2026**.

The defendant may file its motion to compel arbitration and to dismiss by **June 15, 2026**. The plaintiffs may respond by **June 29, 2026**. The defendant may reply by **July 10, 2026**.

The parties should keep the Court apprised of the result of any mediation.

SO ORDERED.

Dated:    New York, New York
          May 20, 2026

                                         John G. Koeltl
                                         United States District Judge