UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DMITRY SHARIN, et al,

               Plaintiff(s)

          26 civ 1706 (JGK)

      -against-

QFS CAPITAL LLC,

               Defendant(s).
--------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, June 23, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

                             **JOHN G. KOELTL**
                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 17, 2026